# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN BARRET SMELLEY HUSBAND
OF/AND REBECCA SMELLEY

NO.  2026 CW 0051

VERSUS

NATIONAL LIABILITY AND FIRE
INSURANCE COMPANY, RUSSELL
B. JACKSON, WESTERN WORLD
INSURANCE COMPANY, AND EAST
BATON ROUGE HEAD START
CENTER

**APRIL 08, 2026**

---

In Re:    Travelers Indemnity Company of Connecticut, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 646363.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT GRANTED.** The trial court's December 15, 2025 judgment
which granted plaintiffs' cross motion for partial summary
judgment is reversed. A motion for summary judgment shall be
granted if the motion, memorandum, and supporting documents show
that there is no genuine issue as to material fact and that the
mover is entitled to judgment as a matter of law. La. Code Civ.
P. art. 966(A)(3). There remain issues of material fact in
determining whether Russell Jackson was an employee which
precludes the grant of this motion for partial summary judgment.

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.